JS-6

#### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF CALIFORNIA

#### CIVIL MINUTES – GENERAL

Case No:  SA CV 17-05811-DOC (GJSx)                   Date: January 21, 2022

Title:  Alfred Miller Contracting Company v. Stockton Products, Inc.

PRESENT:   THE HONORABLE DAVID O. CARTER, JUDGE

| Elsa Vargas for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CIVIL CASE**

The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [59], hereby orders this action DISMISSED without prejudice. The Court hereby orders all proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction for thirty (30) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk: eva/kd